IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DERRICK BERNARD JACKSON<br>Plaintiff,<br>v.<br><br>BILL MASSEE et al.,<br><br>Defendants.<br>_____ | *<br><br>*<br>   Case No.   5:24-cv-00452-TES<br>*<br><br>*<br><br>* |

## J U D G M E N T

Pursuant to this Court's Order dated December 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 9th day of December, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk